■ Board of Education, Lakeland Central School District of Shrub Oak et al., Appellants, v Gretchen Malley, as President of Lakeland Federation of Teachers, Local 1760, et al., Respondents.—Appeal by the petitioners from an order of the Supreme Court, Westchester County, entered March 13, 1986.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Wood at the Supreme Court, Westchester County. Thompson, J. P., Lawrence, Rubin and Spatt, JJ., concur.